# CRAVATH, SWAINE & MOORE LLP

JOHN W. WHITE
EVAN R. CHESLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
ROBERT H. BARON
KEVIN J. GREHAN
C. ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL

JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1772

TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT

YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART
JONATHAN L. DAVIS
AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB

SPECIAL COUNSEL

SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL

MICHAEL L. SCHLER

March 9, 2015

<u>Luciano F. Paone v. Qualcomm, Inc.</u>
<u>Case No. 2:15-cv-00647-BMC</u>

Dear Judge Cogan:

       I am counsel for Defendant Qualcomm, Inc. ("Qualcomm") in the above-captioned action. I write to request an extension of Qualcomm's time to respond to the complaint and to reschedule the Initial Status Conference currently set for March 27, 2015.

       Qualcomm respectfully requests that the Court grant it an extension of thirty days to respond to the complaint, from March 12, 2015, until April 13, 2015 (April 11 being a Saturday). Plaintiff consents to this request. This is the second request for an extension of time by either party. The first request was denied because the Court ruled that it "generally does not grant extensions to parties who have failed to appear". We were retained by Qualcomm to represent it in this action after the issuance of this order.

       In addition, Qualcomm requests that Your Honor reschedule the March 27 Initial Status Conference to a date between May 19 and 22, 2015 (or some date thereafter that is convenient for the Court), for several reasons. First, I have a previously scheduled trip out of the country for the week from March 21 through March 28. Second, the parties believe it would be helpful to have some time after Qualcomm responds to the complaint to meet and confer and otherwise prepare for the conference. Finally, this action is related to seven other actions in the Eastern District of New York involving the same plaintiff and patent. We understand that Plaintiff intends to move to have all of

these cases deemed related and heard by a single Judge once Plaintiff is able to confer with each defendant.  Plaintiff consents to this request to reschedule the Initial Status Conference.

                                                              Respectfully submitted,

                                                /s/  Keith R. Hummel
                                               Keith R. Hummel

Honorable Brian M. Cogan
    United States District Court for the
       Eastern District of New York
          225 Cadman Plaza East
             Brooklyn, NY  11201

BY ECF

Copies to counsel of record by ECF